# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### SPARTANBURG DIVISION

| | |
|---|---|
| JOHN K. FORT, Chapter 7 Trustee for NMFC, LLC f/k/a Innegrity, LLC, | Case No. 7:13-cv-01052-TMC |
| Plaintiff, | |
| vs. | **CONSENT ORDER** |
| Jeff Ettin, Jack McCall, Fran Gregory, Michael McGinness, Innegra Technologies, LLC, Mark Smith and Robert Castellani, | |
| Defendants. | |

THIS MATTER comes before the Court to resolve Defendants Innegra Technologies, LLC, Mark Smith, and Robert Castellani's (collectively "Defendants") Motion to Dismiss the Fourth and Fifth Causes of Action of the Amended Complaint (Docket Entry No. 8) by agreement of the parties. As evidenced by the signatures of their respective counsel below, Plaintiff John K. Fort, Chapter 7 Trustee for NMFC, LLC f/k/a Innegrity, LLC ("Plaintiff") agrees to dismiss the Fourth Cause of Action of the Amended Complaint for Conspiracy without prejudice. Defendants agree to withdraw their Motion to Dismiss the Fifth Cause of Action for Aiding an Abetting Breach of Fiduciary Duty and file an Answer to the Amended Complaint within ten (10) days of the filing of this Order. As Defendants' Motion is made under Fed.R.Civ. P. 12(b)(6), Defendants may raise these arguments again at any time.

NOW THEREFORE, it is hereby ordered that Plaintiff's Fourth Cause of Action is DISMISSED WITHOUT PREJUDICE and Defendants' Motion to Dismiss the Fifth Cause of

Action is DENIED. Defendants Innegra Technologies, LLC, Mark Smith, and Robert Castellani shall file an Answer to the Amended Complaint within ten (10) days after the filing of this Order.

IT IS SO ORDERED.

                                              s/Timothy M. Cain
                                              Timothy M. Cain
                                              United States District Court Judge

June 25, 2013

Anderson, South Carolina

WE CONSENT:

/S/ James L. Bruner                                   /S/ Bernie W. Ellis
James L. Bruner, Fed. ID No. 1537       Bernie W. Ellis, Fed ID No. 5650
Benjamin C. Bruner, Fed ID No. 10625   McNair Law Firm, P.A.
Matthew H. Stabler, Fed ID No. 11061   Post Office Box 447
Bruner, Powell, Wall, Mullins LLC        Greenville, South Carolina 29602
PO Box 61110                                       bellis@mcnair.net
Columbia, SC 29260-1110                      (864) 271-4940
jbruner@brunerpowell.com                    *Attorneys for Innegra Technologies, Mark*
(803) 252-7693                                       *Smith and Robert Castellani*
*Attorneys for John K. Fort, Chapter 7*
*Trustee for NMFC, LLC f/k/a Innegrity, LLC*

2